UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14039
CR-MOORE MAGISTRATE JUDGE
LYNCH

18 U.S.C. 2422(b)
18 U.S.C. 2423(b)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADAM STATLAND,

        Defendant.

_____/

FILED by _____ D.C.

MAY 1 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Between on or about April, 2003, through on or about April, 2005, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ADAM STATLAND,**

using a facility and means of interstate commerce, that is, America Online, an internet service provider, knowingly persuaded, induced, enticed or coerced an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, or attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

## COUNT II

On or about the 12th day of February, 2005, the defendant,

**ADAM STATLAND,**

traveled in interstate commerce, from Los Angeles County, California, to St. Lucie County, Florida, with the intent to engage in sexual activity with a person under the age of 18 under such circumstances as would constitute a criminal offense, in violation of Title 18, United States Code, Section 2423(b).

## COUNT III

On or about the 15th day of April, 2005, the defendant,

**ADAM STATLAND,**

traveled in interstate commerce, from Los Angeles County, California, to St. Lucie County, Florida, with the intent to engage in sexual activity with a person under the age of 18 under such circumstances as would constitute a criminal offense, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ADAM STATLAND

_____Defendant_____

CASE NO. 05-14039
CR-MOORE
LYNCH

CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)          Yes ___    No ___
Number of New Defendants          ___
Total number of counts           ___

Court Division:
___ Miami     ___ Key West
___ FTL       ___ WPB    _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **No**    List language and/or dialect _____

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)  _Yes_
If yes:
Magistrate Case No.  05-46-FJL
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes  _X_ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?                              ___ Yes  _X_ No

_____
Corey Steinberg
Assistant United States Attorney
Florida Bar No. 0563234

Penalty Sheet(s) attached                                           REV.1/14/04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Case No. **05-14039-CR-MOORE** MAGISTRATE JUDGE LYNCH

Defendant's Name: **ADAM STATLAND**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Use of interstate commerce to persuade, induce or entice a minor to engage in sexual activity | 18:2422(b) | 5-30 years<br>$250,000 fine<br>Maximum: Lifetime of Sup. Rel. |
| 2 & 3 | Travel with intent to engage in illicit sexual conduct | 18:2423(b) | 30 years<br>$250,000 fine<br>Maximum: Lifetime of Sup. Rel. |