

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

May 16, 2005

Clerk, United District Court
Southern District of Florida
300 South Sixth Street
Fort Pierce, FL 34950

*05-14039-CR-MOORE/LYNCH*

*Rule 40 documents*

Re:     Transfer to U.S. Magistrate Judge

         Case No.  05-46-FJL (Our Case No. 05-997M)

         Case Title:  USA v Adam Statland

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  Certified Financial- please note document is NOT FOR PUBLIC VIEW.

FILED by ___ D.C.

MAY 2 0 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Vanessa Del Rio
Deputy Clerk 213-894-5297

cc:  *U.S. Attorney (Central District of California)*
     *U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

REC'D by ___ D.C.

MAY 2 0 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Clerk, U.S. District Court

By  C. Arnold

Deputy Clerk

Date

CR-48 (01/01)              **LETTER RE:  RULE 40 - TRANSFER OUT**

```
                                                            TERMED

                        U.S. District Court
             Central District of California (Western Div.)

            CRIMINAL DOCKET FOR CASE #: 05-M -997-ALL

USA v. Statland                                   Filed: 05/06/05
Dkt# in other court: None

Case Assigned to:    Unassigned

ADAM STATLAND (1)                 Myra J Sun
     defendant                    FTS Ext 4740
     [term  05/11/05]             FAX 213-894-0081
                                  [COR LD NTC pda]
                                  Federal Public Defender
                                  321 East 2nd Street
                                  Los Angeles, CA 90012-4202
                                  213-894-2854


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints                        Disposition

Defendant in violation of         Defendant held to answer to the
18:2423(b).                       Southern District of
                                  Florida at Fort Pierce.
                                  (-1)



U. S. Attorneys:

    NONE
```

I hereby attest and certify on 5/16/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

(1101)

```
Docket as of May 16, 2005 3:19 pm                Page 1
```

```
Proceedings include all events.                          TERMED
2:05m 997-ALL USA v. Statland
```

5/6/05   2    REPORT COMMENCING CRIMINAL ACTION as to Adam Statland
              arrested on 5/6/05. (vdr) [Entry date 05/16/05]

5/6/05   1    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Adam
              Statland, originating in the USDC, Southern District of
              Florida, at Fort Pierce.  Defendant charged in violation
              of: 18:2423(b).  Signed by Special Agent Lukalo Watson,
              U.S. Immigration Customs Enforcement. (vdr)
              [Entry date 05/16/05]

5/6/05   3    DEFENDANT Adam Statland arrested on warrant issued from
              USDC, Southern District of Florida at Fort Pierce. (vdr)
              [Entry date 05/16/05]

5/6/05   4    NOTICE OF REQUEST FOR DETENTION filed by USA as to Adam
              Statland. (vdr) [Entry date 05/16/05]

5/6/05   5    MINUTES OF ARREST ON O/D WARRANT held before Magistrate
              Judge Suzanne H. Segal as to Adam Statland: Defendant
              arraigned and states true name is as charged. DFPD
              Attorney Myra J Sun appointed. Defendant committed to the
              custody of the U.S. Marshal. Detention hearing set for
              2:00PM on 5/11/05.  Tape No.: 05-15 (vdr)
              [Entry date 05/16/05]

5/6/05   6    FINANCIAL AFFIDAVIT filed as to Adam Statland. (vdr)
              [Entry date 05/16/05]

5/11/05  7    MINUTES OF DETENTION HEARING held before Magistrate Judge
              Suzanne H. Segal as to Adam Statland: Court orders Adam
              Statland permanently detained.  Tape No.: 05-16 (vdr)
              [Entry date 05/16/05]

5/11/05  8    MINUTES OF IDENTITY HEARING held before Magistrate Judge
              Suzanne H. Segal as to Adam Statland: witness(es) called,
              sworn and testified; exhibits are marked and admitted.
              Court finds the person to be the person identified in the
              Complaint.  Court orders Adam Statland held to answer to
              USDC, Southern District of Florida at Fort Pierce.  Tape
              No.: 05-17 (vdr) [Entry date 05/16/05]

5/11/05  9    LIST OF EXHIBITS AND WITNESSES as to Adam Statland. (vdr)
              [Entry date 05/16/05]

5/11/05  10   ABSTRACT OF COURT PROCEEDING filed by USA as to Adam
              Statland, indicating defendant's parents are allowed to
              make immediate visits to the defendant. (vdr)
              [Entry date 05/16/05]

5/11/05  12   FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge
              Suzanne H. Segal as to Adam Statland, to USDC, Southern
              District of Florida at Fort Pierce. (vdr)
              [Entry date 05/16/05]

```
Proceedings' include all events.                              TERMED
2:05m 997-ALL USA v. Statland

5/12/05   11       ORDER OF DETENTION  by Magistrate Judge Suzanne H. Segal as
                   to Adam Statland  (cc: all counsel) (vdr)
                   [Entry date 05/16/05]
```

Name & Address

CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | | 05-0997M |
| | PLAINTIFF(S) | |
| | v. | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| Adam Statland | | Southern District of Florida |
| | | At _____ |
| | DEFENDANT(S). | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☐ an indictment by a Grand Jury
- ☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about   02/12/05 and 04/15/05        , in the District of Origin, the defendant did:   TRAVEL WITH INTENT TO ENGAGE IN A SEXUAL ACT WITH A JUVENILE
in violation of Title(s)        18        , U.S.C., Section(s)  2343 (b)

I hereby attest and certify on _5/16/05_
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

The defendant has now:
- ☐ duly waived identity hearing before me on _____
- ☐ duly waived preliminary examination before me on _____
- ☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it. (101)
- ☒ had a hearing before me on _5/11/05_____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☐ No bail has been set.
  - ☒ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

5/11/05_____                    _____              Suzanne H. Segal
Date                                       United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____,
committed him to _____ and left with the custodian at the same
time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____                    _____
Date                                Deputy

M-15 (08/99)                    FINAL COMMITMENT AND WARRANT OF REMOVAL

1

2

3

4

5

6

7

8

9

10

FILED
CLERK, U.S. DISTRICT COURT

MAY 12 2.5

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Case No. 05-997 M
                             )
                Plaintiff,   )
                             )
        vs.                  )    ORDER OF DETENTION
                             )
Adam Statland                )
                             )    I hereby attest and certify on 5/16/05
                             )    that the foregoing document is a full, true
                Defendant.   )    and correct copy of the original on file in
                             )    my office, and in my legal custody.
                             )
                                  CLERK U.S. DISTRICT COURT
                                  CENTRAL DISTRICT OF CALIFORNIA

                                  _____
                                  DEPUTY CLERK           (1101)

A.   ( )  On  motion  of  the  Government  in  a  case  allegedly
involving:

        1.   ( )  a crime of violence.

        2.   ( )  an  offense  with  maximum  sentence  of  life
        imprisonment  or death.

        3.   ( )  a narcotics or controlled substance offense with
        maximum sentence of ten or more years.

        4.   ( )  a felony - where defendant convicted of two or
        more prior offenses described above.

B.   ~~(X)~~ On motion ~~(X)~~ by the Government/ ( ) on Court's own motion, in a case allegedly involving:

(X) On the further allegation by the Government of:

1.   ~~(X)~~ a serious risk defendant will flee.

2.   ( ) a serious risk defendant will:

a.   ( ) obstruct or attempt to obstruct justice.

b.   ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government (X) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.

II

The Court finds that no condition or combination of conditions will reasonably assure:

1.   ~~(X)~~ the appearance of defendant as required.

~~(X)~~ and/or

2.   ~~(X)~~ the safety of any person or the community.

III·

The Court has considered:

A.   the nature and circumstances of the offenses;

B.   the weight of evidence against the defendant;

C.   the history and characteristics of the defendant; and

D.   the nature and seriousness of the danger to any person or the community.

2

IV

The Court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel.

V

The Court bases the foregoing finding(s) on the following:

A.   [X] Flight risk: (1) Defendant facing lengthy sentence if convicted. (2) insufficient bail resources; (3) no community ties in Florida where case is proceeding (4) underlying allegations include facts

B.   [X] Danger suggesting Defendant's coercion of victim (5) moderate family ties in cocal.
(1) Nature of current offense
(2) potential danger from Defendant's continued interest in victim

C.   [X] See also Pretrial Services Report/recommendation.

D.   [X] Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

VI

A.   The Court finds that a serious risk exists that defendant will:

1.   ( ) obstruct or attempt to obstruct justice.

2.   ( ) threaten, injure or intimidate a witness/juror.

3.   ( ) attempt to threaten, injure or intimidate a witness/juror.

B.   The Court bases the foregoing finding(s) on the following:

_____

_____

3

1    ( ) <u>See</u> <u>also</u> Pretrial Services Report/recommendation.

2

3                                   VI

4    A.   IT IS THEREFORE ORDERED that defendant be detained prior to

5    trial.

6    B.   IT IS FURTHER ORDERED that defendant be committed to the

7    custody of the Attorney General for confinement in a corrections

8    facility separate, to the extent practicable, from persons

9    awaiting or serving sentences or being held in custody pending

10   appeal.

11   C.   IT IS FURTHER ORDERED that defendant be afforded reasonable

12   opportunity for private consultation with counsel.

13   D.   IT IS FURTHER ORDERED that, on order of a Court of the

14   United States or on request of any attorney for the Government,

15   the person in charge of the corrections facility in which

16   defendant is confined deliver defendant to a United States

17   marshal for the purpose of an appearance in connection with a

18   court proceeding.

19

20   Dated:   5/12/05

21

22                                   Suzanne H. Segal
                                     United States Magistrate Judge
23

24

25

26

27

28

                                    4

**P-Send**

I hereby attest and certify on _5/16/05_
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY _V. Nipio_
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| | **PLAINTIFF** | 05-997M |
| v. | | |
| Adam Statland | | |
| | **DEFENDANT.** | **ABSTRACT OF COURT PROCEEDING** |

**TO:     UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable _Segal_,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date ☐ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
          ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☒ Other _Defendants parents are allowed to make immediate visits to the defendant_

| Dated: _5/11/05_ | MAY 16   By | CLERK U.S. DISTRICT COURT |
|---|---|---|
| | | _K Carter_ |
| | | Deputy Clerk |

RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles          ☐ Southern Division-Santa Ana          ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____
_____
_____

| Name (Print) | Title | Signature |
|---|---|---|
| | | |

cc: ☒ MDC, ☒ Cell block

★ U.S. GPO: 2004-685-310

## LIST OF EXHIBITS AND WITNESSES

| Case Number | 05-997 M | Title USA v. Adam Statland |
|---|---|---|
| Judge | Suzanne H. Segal | |
| Dates of Trial or Hearing | Identity Hearing - May 11, 2005 | |
| Court Reporters or Tape No. | Tape #05-17 | |
| Deputy Clerks | Kimberly Carter | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Elena Duarte, AUSA | Myra Sun, DFPD |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| #1 | 5/11 | | | | | Deparment of Motor Vehicles Image of Adam Statland | |
| | | | | | | Monica Lamas, Special Agent | Plf |

I hereby attest and certify on 5/11/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

(1101)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**RECORD OF PROCEEDINGS**

Case No. _05-997M_     Tape No. _05-#17_  Date: _5/11/05_

Present: The Honorable _Suzanne Segal_, U.S. Magistrate Judge

_K Carter_      _Elena Duarte_      _N/A_
Deputy Clerk      Assistant U.S. Attorney      Interpreter

USA v. _Adam Statland_      Attorney Present for Defendant: _Myra Sun_

☒ Present ☒ Custody ☐ Bond ☐ Not present      ☒ Present ☐ CJA ☐ Retd ☒ DFPD ☐ Not present

**PROCEEDINGS: ARRIVAL OF PROCESS / FAILURE TO APPEAR HEARING**

☐ Process ☐ received ☐ not received
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____

☐ Defendant executes waiver of removal hearing and is ordered **HELD TO ANSWER** to the U.S. District Court, _____ District of _____ at _____
☐ Court orders U.S. Marshal to return the defendant to the U. S. District Court _____ District of _____ at _____
☐ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____, 20___.
☐ Bond to be transferred if bail is posted.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court at **LOS ANGELES.**
☐ Other: _____

**PROCEEDINGS: IDENTITY OR REMOVAL HEARING**

I hereby attest and certify on _5/16/05_ ... is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_V. Milio_ (1101)

☒ Witness(es) called, sworn and testified - see separate witness list.
☒ Exhibits are marked and admitted - see separate exhibit list.

**RULING:**

☒ Court finds defendant ☒ to be the person ☐ not to be the person charged in the ☐ indictment ☐ Information
☒ Complaint and ORDERS the defendant **HELD TO ANSWER** to the U.S. District Court, _Southern_ District of _Florida_ at _____
☐ Court finds ☐ probable cause ☐ no probable cause and orders the defendant returned to the originating district and ORDERS proceedings terminated in this district.
☐ Court ORDERS the U.S. Marshal to return the defendant to U.S. District Court, _____ District of _____ at _____
☒ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____, 20___.
☐ Bond to be transferred if bail is posted.
☒ Other: _Exhibit #1 Returned to AUSA._

_Time Spent: 35 minutes_

cc: Blue copy - AUSA      Yellow copy - Defendant      Pink copy - PSA

M-50 (02/01)   RECORD OF PROCEEDINGS - ARRIVAL OF PROCESS/ FAILURE TO APPEAR - I.D. HEARING

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. 05-997 M       Tape No. _05-16_    Date: 5/11/05

Present: The Honorable Suzanne H. Segal _____, U.S. Magistrate Judge

| K. CARTER | Elena Duarte | N/A |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* |

| USA v.  Adam Statland | Attorney Present for Defendant:<br>Myra Sun |
|---|---|
| ☒ Present  ☒ Custody  ☐ Bond  ☐ Not present | ☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present |

### PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING

☒ Matter called for ☐ temporary / ☒ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☒ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED.  See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail.  See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days.  See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
                                                     *(Name of appropriate officials)*
☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
   Courtroom _____ if _____ fails or declines
   to take custody of defendant.               *(Name of appropriate officials)*
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails.  See below for bail information.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____
☐ Other: _____

### BAIL INFORMATION

| TYPE OF BOND | CONDITIONS OF RELEASE |
|---|---|
| ☐ Personal Recognizance *(Signature only - no dollar amount)* | ☐ PSA Supervision      ☐ Intensive |
| ☐ Unsecured Appearance Bond in amount of $_____ | ☐ Surrender passport |
| ☐ Appearance Bond in amount of $_____ | ☐ Bail subject to Nebbia Hearing |
|    ☐ with cash deposit (amount or %) | ☐ Travel restricted to: _____ |
|    ☐ with affidavit of surety (no justification)  (Form CR-4) | ☐ Avoid places of egress |
|    ☐ with justification affidavit of surety  (Form CR-3) | ☐ Alcohol/Drug testing: _____ |
|    ☐ with deeding of property | ☐ Not illegally use or possess drugs or be in the presence of |
| ☐ Collateral Bond in amount of $_____ |    anyone illegally using or possessing drugs. |
|    *(cash or negotiable securities)* | ☐ Release only to PSA |
| ☐ Corporate Surety Bond in amount of $_____ | ☒ Residence approved by PSA |
|    *(Corporate Surety Bond requires separate form)* | ☒ Not possess firearms or be in the presence of anyone using |
| ☐ Release NOW and justify by _____ |    or possessing firearms. |
|    OR appear before Magistrate Judge _____ | ☐ Other: _____ |
|    at _____ ☐ AM / ☐ PM on _____ | |

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

Distribution:    Blue - AUSA        Yellow - Defendant        Pink - PSA

... and certify on 5/11/05 ... document is a full, true ... copy of the original on file in ... and in my legal custody.

ENTERED ON ...
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. ALLMA
DEPUTY CLERK

7:35  15 minutes (01)

7

```
 1 │ DEBRA W. YANG
   │ United States Attorney
 2 │ STEVEN D. CLYMER
   │ Special Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ WILLIAM S. YOU
 4 │ Special Assistant United States Attorney
   │ California Bar Number: 216889
 5 │ General Crimes Section
   │      1200 United States Courthouse
 6 │      312 North Spring Street
   │      Los Angeles, California 90012
 7 │      Telephone:  (213) 894-7401
   │      Facsimile:  (213) 894-0141
 8 │      Email:      william.you@usdoj.gov
   │
 9 │ Attorneys for Plaintiff
   │ United States of America
10 │
11 │              UNITED STATES DISTRICT COURT
12 │          FOR THE CENTRAL DISTRICT OF CALIFORNIA
13 │ UNITED STATES OF AMERICA,    )  Case No. 05-997M
   │                              )
14 │           Plaintiff,         )
   │                              )  GOVERNMENT'S NOTICE OF REQUEST
15 │                              )  FOR DETENTION
   │      v.                      )
16 │                              )
   │ Adam Starland                )
17 │                              )
   │           Defendant.         )
18 │ _____)
19 │       Plaintiff, United States of America, by and through its
20 │ counsel of record, hereby requests detention of defendant and gives
21 │ notice of the following material factors:
22 │ ____  1.   Temporary 10-day Detention Requested (§ 3142(d))
23 │            on the following grounds:
24 │       ____ a.  offense committed while defendant was on release
25 │                pending (felony trial), (sentencing) (appeal) or
26 │                on (probation) (parole);
27 │       ____ b.  alien not lawfully admitted for permanent
28 │                residence;
```

I hereby attest and certify on 5/16/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

(1101)

FILED
CLERK, U.S. DISTRICT COURT

MAY - 6 2005

CENTRAL DISTRICT OF CALIFORNIA

(4)

1       ____ c. flight risk;

2       ____ d. danger to community.

3   2. <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

4   <u>condition or combination of conditions will</u>

5   <u>reasonably assure against</u>:

6   ____ a. danger to any other person or the community;

7   ____ b. flight.

8   3. <u>Detention Requested Pending Supervised</u>

9   <u>Release/Probation Revocation Hearing (Rules</u>

10  <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

11  ____ a. Defendant cannot establish by clear and

12  convincing evidence that he/she will not pose a

13  danger to any other person or to the community;

14  ____ b. Defendant cannot establish by clear and

15  convincing evidence that he/she will not flee.

16  4. <u>Presumptions Applicable to Pretrial Detention (18</u>

17  <u>U.S.C. § 3142(e))</u>:

18  ____ a. Title 21 or Maritime Drug Law Enforcement Act

19  (MDLEA) (46 U.S.C. App. 1901 et seq.) offense

20  with 10-year or greater maximum penalty

21  (presumption of danger to community and flight

22  risk);

23  ____ b. offense under 18 U.S.C. § 924(c) (firearm

24  used/carried/possessed during/in relation to/in

25  furtherance of crime), § 956(a), or § 2332b

26  (presumption of danger to community and flight

27  risk);

28  c. offense involving a minor victim under 18 U.S.C.

§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

_____ d. defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, AND defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

✓ 5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

_____ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4));

_____ b. an offense for which maximum sentence is life imprisonment or death;

_____ c. Title 21 or MDLEA offense with maximum sentence

3

```
 1              of ten years or more;

 2      _____   d.  instant offense is felony and defendant has two

 3                  or more convictions for a crime set forth in a-c

 4                  above or for an offense under state or local law

 5                  that would qualify under a, b, or c if federal

 6                  jurisdiction were present;

 7      __✓__   e.  serious risk defendant will flee;

 8      _____   f.  serious risk defendant will (obstruct or attempt

 9                  to obstruct justice) (threaten, injure, or

10                  intimidate witness or juror, or attempt to do

11                  so).

12  _____   6.  Government requests continuance of _____ days for

13              detention hearing based upon the following reason:

14              _____

15              _____

16  _____   7.  Good cause for continuance in excess of three days

17              exists in that:

18              _____

19              _____

20              _____
```

DATED: May 6, 2005                Respectfully submitted,

                                  DEBRA W. YANG
                                  United States Attorney

                                  _____
                                  WILLIAM S. YOU
                                  Special Assistant U.S. Attorney

                                  Attorneys for Plaintiff
                                  United States of America

4

**WARRANT FOR ARREST**

AUSA Corey Steinberg

| UNITED STATES DISTRICT COURT FILED | DISTRICT **Southern District of Florida** | |
|---|---|---|

| **UNITED STATES OF AMERICA** | DOCKET NO. **05-0997M** | MAGISTRATE CASE NO. 05-46-FJL |
|---|---|---|

vs.    05 MAY -6 PM 12: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA
*ADAM STATLAND* LOS ANGELES

BY:_____

| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED |
|---|---|
| | NAME:  **ADAM STATLAND** |
| | DOB:  04-16-1974     SSN:  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 |
| | ADDRESS:  25917 Narbone Ave., Apt. 41, Lomita, CA |
| | HEIGHT: 5'7"        WEIGHT: Approx.   lbs. |
| | HAIR:                EYES: |
| | RACE:  White         SEX:  Male |
| | CUSTODY: |
| | BOOKING NO. |
| | AGENCY: ICE - S/A Chris Harvey |

WARRANT ISSUED ON THE BASES OF:    ☐ Order of Court

Indictment    ☐ Information    X Complaint

| TO:  **U.S. MARSHALS SERVICE OR ANY OTHER AUTHORIZED FEDERAL AGENCY.** | DISTRICT OF ARREST SDFL |
|---|---|
| | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Travel with intent to engage in sexual act with a juvenile

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5/4/05

| IN VIOLATION OF | UNITED STATES CODE TITLE **18** | SECTION 2423(b) |
|---|---|---|

| BAIL FIXED BY COURT  *PRETRIAL DETENTION* | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY **FRANK J. LYNCH, Jr.** **UNITED STATES MAGISTRATE JUDGE** | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE 5/4/05 |
| CLERK OF COURT **CLARENCE MADDOX** | (BY) DEPUTY CLERK | DATE ISSUED 5/4/05 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

MAY 16

United States Judge or Judge of a State Court of Record

FILED

05 MAY -6 PM 12: 46

CLERK U S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>*Adam Statland*<br>DEFENDANT(S). | CASE NUMBER<br>**05-0997M**<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest   *5/6/2005      9:30*   ☑ a.m. / ☐ p.m.

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC)
    *18 USC 2423 (b)*

3.  Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4.  U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown

5.  Date of Birth: *4/16/197?*

6.  The defendant is: ☑ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

I hereby attest and certify on *5/11/05*
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. *Aukio*
DEPUTY CLERK

(1101)

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____)

10. Name of Pretrial Services Officer: *Duty*

11. Remarks (if any): _____

12. Date: *5/6/2005*          13. Signature: _____

14. Name: *Lukalo Watson*          15. Title: *Special Agent*

FILED

*PSA*
*12:30pm*

05 MAY -6 PM 12: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Adam Statland

DEFENDANT(S).

CASE NUMBER

**05-0997M**

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: *Criminal Complaint*
in the *Southern* District of *Florida* on *May 4, 2005*
at *3:00* ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about *February 12, 2005 and April 15, 2005*
in violation of Title *18* U.S.C., Section(s) *2423(b)*
to wit: ___

A warrant for defendant's arrest was issued by: *Franklin J. Lynch / United States Magistrate Judge*

Bond of $___ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I hereby attest and certify on 5/16/15
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
___ Aullio
DEPUTY CLERK

(1101)

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **MAY 0 6 2005**, by

**ROSALIND TYUS-SIMON**, Deputy Clerk.

Signature of Agent

*Lukalo Watson*
Print Name of Agent

*US Immigration and Customs Enforcement*
Agency

*Special Agent*
Title

ENTERED ON ICMS
16

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT