UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   05-14039-CR-MOORE/LYNCH

UNITED STATES OF AMERICA

-v-

ADAM STATLAND

_____/

Reg No:      N/A
Language:   ENGLISH

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **FRANK J. LYNCH, JR.** on **May 31, 2005**, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**         Address:_____IN CUSTODY_____

**DEFENSE COUNSEL:**   Name:_____Federal Public Defender_____

                       Address:_____

                       _____West Palm Beach, Florida 33401_____

                       Telephone no.:____561/833-6288_____

**BOND SET/CONT'D:**   $_____Pretrial detained_____

Bond hearing held: YES _____ NO _____ Bond hearing set for _____.

Dated this _31st_ day of _May_, 2005 in Fort Pierce, Florida.

                                    **CLARENCE MADDOX,**
                                    Court Administrator•Clerk of Court

                                    By:_____
                                           Deputy Clerk

c:   Courtroom Deputy, District Judge
     U.S. Attorney Office
     Defense Counsel
     Pre-Trial Services
     arrninfo.sht