CR ~ (~92)

**WARRANT FOR ARREST**
AUSA Corey Steinberg

| UNITED STATES DISTRICT COURT | DISTRICT  Southern District of Florida | |
|---|---|---|
| UNITED STATES OF AMERICA  VS.  **ADAM STATLAND** | DOCKET NO.  05 CR 14039- Moore | MAGISTRATE CASE NO.  05-46-FJL |
| WARRANT ISSUED ON THE BASES OF:  Indictment  ☐ Information  ☐ Order of Court  X Complaint | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED  NAME: ADAM STATLAND  DOB: 04-16-1974   SSN: 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  ADDRESS: 25917 Narbone Ave., Apt. 41, Lomita, CA  HEIGHT: 5'7"   WEIGHT: Approx. lbs.  HAIR:    EYES:  RACE: White   SEX: Male  CUSTODY:  BOOKING NO.  AGENCY: ICE - S/A Chris Harvey | |
| TO:  U.S. MARSHALS SERVICE OR ANY OTHER AUTHORIZED FEDERAL AGENCY. | DISTRICT OF ARREST  SDFL | |
| | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Travel with intent to engage in sexual act with a juvenile

| IN VIOLATION OF | UNITED STATES CODE TITLE  18 | SECTION  2423(b) |
|---|---|---|
| BAIL FIXED BY COURT  PRETRIAL DETENTION | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY  FRANK J. LYNCH, Jr.  UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE  5/4/05 |
| CLERK OF COURT  CLARENCE MADDOX | (BY) DEPUTY CLERK | DATE ISSUED  5/4/05 |
| | RETURN | |

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  5/5/05  DATE EXECUTED 5/31/05 | NAME AND TITLE OF ARRESTING OFFICER  Christina Pharo, USM  By N. Navitsky DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

1020679    0504-0505-2336-J

United States Judge or Judge of a State Court of Record