ps

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14039-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM STATLAND,

    Defendant.
_____/

## DEFENDANT'S INVOCATION OF RIGHTS
## TO SILENCE AND COUNSEL

    Defendant, ADAM STATLAND, above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact



with the defendant must be made through the defendant's lawyer, undersigned counsel.

            Respectfully submitted,

            KATHLEEN M. WILLIAMS
            FEDERAL PUBLIC DEFENDER

By: _____
            Dave Lee Brannon
            Assistant Federal Public Defender
            Florida Bar No. 297941
            Attorney for Defendant
            400 Australian Avenue N., Ste. 300
            West Palm Beach, FL 33401
            Telephone: (561) 833-6288
            Fax: (561) 833-0368
            E-Mail: Dave_Brannon-Evans@FD.org

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 6th

ay of June, 2005, to Corey Steinberg, 505 S. Second Street, Suite 200, Fort Pierce, FL 34950.

_____
Dave Lee Brannon