

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14039-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,
    Plaintiff

vs.

ADAM MICHAEL STATLAND
    Defendant
_____/

## OBJECTIONS TO PRE-SENTENCE INVESTIGATIVE REPORT (PSI)

COMES NOW, the Defendant, ADAM MICHAEL STATLAND, by and through his undersigned attorney, and hereby files his objections to the Pre-sentence Investigative Report (PSI), as follows:

1.  The Defendant objects to the Base Offense Level of **32,** in Paragraph No. 24, as the cross-reference to Section 2G1.3(c)(1) is not factually supported, does not constitute legally relevant offense characteristics, was not alleged in the Indictment, nor has it been admitted to by the Defendant's plea herein and has not otherwise been proven to be true by a jury verdict in violation of the Defendant's Sixth Amendment right. Therefore, the Base Offense Level should be **24**. <u>Apprendi v. New Jersey</u>, 530 U.S. 466, 147 L.Ed.2d 435, 120 S.Ct. 2348 (2000), <u>Blakely v. Washington</u>, 542 U.S. ___, 124 S.Ct. 2531 (2004), or <u>United States v. Booker</u>, 543 U.S. ___ (2005).

2.  The Defendant objects to the two (2) two-level increases referred to in Paragraphs No. 25 and 26, of the PSI, for the reasons as set forth in Paragraph 1, hereinabove.

1



WHEREFORE, after reduction of the two level decrease referred in Paragraph 32, and the one level decrease referred to in Paragraph 33, the Defendant's Total Level Offense should be twenty-one (21). Pursuant to the Guidelines, the Defendant should be sentenced to no less than thirty (30) months and no more than forty-six (46) months. The Defendant's plea, however, requires the imposition of a mandatory five (5) year sentence.

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished to COREY STEINBERG, ASSISTANT UNITED STATES ATTORNEY, 300 South Sixth Street, Fort Pierce, Florida 34950, and to EDWARD L. COOLEY, U.S. PROBATION OFFICER, 1111 South Federal Highway-Suite 236, Stuart, Florida 34994, this September 28, 2005.

ROBERT G. UDELL
ATTORNEY FOR DEFENDANT
1331 East Ocean Boulevard
Stuart, Florida 34996
Telephone: (772) 283-9450
Fax:        (772) 283-7344
e-mail:     rgudell@bellsouth.net
FLORIDA BAR NO. 315915