PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 85040

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-14039-CR-MOORE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Adam Statland

Name of Sentencing Judicial Officer:  The Honorable K. Michael Moore, United States District Judge, Miami, Florida

Date of Original Sentence: October 17, 2005

Original Offense:   Count 1, Using a facility and means of interstate commerce to entice or coerce a minor to engage in sexual activity, 18 U.S.C § 2422(b), a Class B felony; Counts 2 and 3, Traveling in interstate commerce with intent to engage in sexual activity with a minor to engage in sexual activity, 18 U.S.C § 2422(b), a Class B felony

Original Sentence:   135 months as to Counts 1, 2 and 3, to be served concurrently, custody of the United States Bureau of Prisons, 10 years supervised release as to Counts 1, 2 and 3, to be served concurrently with each other, $300.00 special assessment, and $2904.00 in restitution.  Special Conditions: 1)The defendant shall have no unsupervised, personal, mail, telephone, or computer contact with children/ minors under the age of 18 or with the victim; 2) The defendant shall not be involved in any children's or youth organization; 3) The defendant shall participate in a sex offender treatment program to include psychological testing and polygraph examination; 4) The defendant shall not buy, sell, exchange, possess, trade or produce visual depictions of minors or adults engaged in sexually explicit conduct; 5) The defendant shall not correspond or communicate in person, by mail, telephone, or computer, with individuals or companies offering to buy, sell, trade, exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct; 6) The defendant shall submit to a search of his person or property; 7) The defendant shall not possess or use any data encryption technique or program; 8) The defendant shall not possess or use a computer that contains an internal, external or wireless modem without the prior approval of the U.S. Probation Officer; and 9) The defendant shall register with the applicable sex offender registration agency as required by law.

Type of Supervision: Supervised Release

Date Supervision Commenced: Pending release from the United States Bureau of Prisons projected date is February 23, 2015

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 85040

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**Adam M. Statland shall comply with the rules and regulations of the Computer Monitoring program. He shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month per device connected to the internet.**

**All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search and seizure. This shall not apply to items used at the employment's site, which are maintained and monitored by the employer.**

Respectfully submitted,

by    *Daniel F. Osking*  
      Oct 11 2013 11:45 AM

Daniel Osking, Senior  
U.S. Probation Officer    *Pamela J. Moore*  
Phone: 772-467-2366      Oct 11 2013 10:55 AM  
Date: October 11, 2013

THE COURT ORDERS:

[✓] The Modification of conditions as noted above  
[ ] Other: _____

_____  
Signature of Judicial Officer

_____October 22nd, 2013_____  
Date