PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 85040

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 2:05CR14039

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Adam Michael Statland

Name of Sentencing Judicial Officer: The Honorable K. Michael Moore, Chief United States District Judge, Southern District of Florida, Miami

Date of Original Sentence: October 17, 2005

Original Offense: Count 1: Using a Facility and means of Interstate Commerce to Entice or Coerce a Minor to Engage in Sexual Activity, 18 U.S.C. § 2422 (b), a Class B Felony.

Counts 2 & 3: Traveling in Interstate Commerce with Intent to Engage in Sexual Activity with a Minor to Engage in Sexual Activity

Original Sentence: One hundred thirty-five (135) months custody of the Bureau of Prisons, Counts One, Two and Three to be served concurrently followed by ten (10) years supervised release as to Counts One, Two and Three, each term to run concurrently with each other. Special Conditions of Supervised Release to include: The defendant shall 1) have no unsupervised, personal, mail, telephone, or computer contact with children/minors under the age of 18 or with the victim; 2) not be involved in any children's or youth organization; 3) participate in a Sex Offender Treatment program to include psychological testing and polygraph examination; 4) not buy, sell trade, exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct; 5) not communicate in person, by mail, telephone, or computer, with individuals or companies offering to buy, sell, trade, exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct; 6) submit to a search of his person or property; 7) not possess or use any data encryption technique or program; 8) not possess or use a computer that contains an internal modem and/ or possess an external modem without the prior approval of the U.S. probation Officer;

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 85040

9) register with the state sex offender registration agency where the defendant resides, is employed, carries on vocation, or is a student, as directed by the probation officer. The probation officer will provide the state officials with any and all information required by the state sex offender registration agency and may direct the defendant to report to that agency personally for additional processing, such as photographing and fingerprinting; and 10) pay restitution in the amount of $2,904.00. A $300.00 special assessment was also imposed.

**October 22, 2013**, the defendant's conditions of supervision were modified to include the following; 1) Computer Monitoring Program: he shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month per device connected to the internet; 2) All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search and seizure. This shall not apply to items used at the employment site, which are maintained and monitored by the employer. All other conditions of supervision shall remain full in effect.

Type of Supervision: Supervised Release       Date Supervision Commenced: February 23, 2015

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

**Adam Michael Statland shall participate for a period not to exceed 365 days in the Location Monitoring program, and will be monitored via GPS. He shall participate in the tracking program; there will be no schedule restrictions. He will be required to submit to routine inspections of the monitoring equipment and be required to charge the GPS Tracker twice per day. He shall pay the costs of the Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. He shall provide payment and the proof of payment as instructed by the Probation Officer.**

## CAUSE

On February 10, 2015, the United States Probation Office, Southern District of Florida, was notified by Amy Young, United States Probation Officer, Central District of California, that the offender requested relocation to the Central District of California. The Central District of California concluded that allowing Mr. Statland to reside at the proposed address in California is the most appropriate for his long term rehabilitative goals.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 85040

    To further mitigate Mr. Statland's potential risk to the community, a special condition for location monitoring with global positioning system(GPS) technology for a period not to exceed 365 days is being recommended. GPS will allow the probation office to place exclusion zones on the identified schools or parks to manage his risk by prohibiting his presence at the specific locations, in accordance with Jessica's Law in the State of California. The probation office will annually review Mr. Statland's residential status with the Court to determine whether the enforcement of "Jessica's Law" has changed and/or whether continued GPS monitoring is needed to mitigate potential risk.

    Mr. Statland has agreed to the GPS modification and has signed the enclosed Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision. Mr. Statland voluntarily signed a Probation Form 49/Waiver of Hearing.

    **RECOMMENDATION**: It is respectfully recommended the Court modifies the conditions of supervision to include the defendant shall participate for a period not to exceed 365 days in the Location Monitoring program, and will be monitored via GPS. He shall participate in the tracking program; there will be no schedule restrictions. Mr. Statland has agreed to and signed a Waiver of Hearing, Probation Form 49, which is attached.

Respectfully submitted,

by _____  
Kurt J. Alexander  
U.S. Probation Officer  
Office: (305) 523-5334  
Cellular: (786) 261-5724  
Date: February 11, 2015

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

02/13/15  
_____  
Date